993 A.2d 1229
IN THE MATTER OF H. ALTON NEFF, AN ATTORNEY AT LAW.

June 3, 2010.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 09–322, concluding that **H. ALTON NEFF** of **BRICK,** who was admitted to the bar of this State in 1967, should be reprimanded for violating *RPC* 1.4(c) (failure to explain the matter to the extent reasonably necessary for the client to make informed decision about the representation) and *RPC* 1.7(a)(2) (conflict of interest);

And the Court having determined from its review of the matter that an admonition is the appropriate quantum of discipline for respondent's unethical conduct;

And good cause appearing;

It is ORDERED that **H. ALTON NEFF** is hereby admonished; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.